[DO NOT PUBLISH]

In the

# United States Court of Appeals

## For the Eleventh Circuit

_____

No. 25-10065

Non-Argument Calendar

_____

RH EVERGREEN OWNER CO, LLC,

                                                            Plaintiff-Appellee,

*versus*

KAILI WRIGHT,

                                                            Defendant-Appellant,

AND ALL OTHERS,

                                                            Defendant.

2                  Opinion of the Court             25-10065

_____

Appeal from the United States District Court
for the Northern District of Georgia
D.C. Docket No. 1:24-cv-05048-VMC

_____

Before NEWSOM, LUCK, and BRASHER, Circuit Judges.

PER CURIAM:

This appeal is DISMISSED, *sua sponte*, for lack of jurisdiction. The district court's order remanding the action to Georgia state court for lack of federal subject matter jurisdiction is unreviewable on appeal. *See* 28 U.S.C. § 1447(c), (d) (providing that a district court shall remand any case in which it lacks subject matter jurisdiction to the state court from which it was removed, and such a remand order is not reviewable on appeal); *see also New v. Sports & Recreation, Inc.*, 114 F.3d 1092, 1095-96 (11th Cir. 1997).

All pending motions are DENIED as moot. No petition for rehearing may be filed unless it complies with the timing and other requirements of 11th Cir. R. 40-3 and all other applicable rules.